# United States District Court
# for the
# District of Columbia

Matthew J. Sherven

Plaintiff

v.

Dick Diddler and The Asshole Ticklers

Defendant

Case: 1:23–cv–02970
Assigned To : Unassigned
Assign. Date : 9/30/2023
Description: Pro Se Gen. Civ. (F–DECK)

## Parties to Complaint

**Plaintiff**
Name:    Matthew Sherven
Address: 693 State Road 78, Mount Horeb, WI 53572
Email:   shervenm@protonmail.com

**Defendants**

Name: Dick Diddler and The Asshole Ticklers
Address: Central Intelligence Agency, Office of Public Affairs, Washington, DC 20505

**RECEIVED**

SEP  30  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## Basis for Jurisdiction

This action is brought pursuant to *Bivens v. Six Unknown Named Agents* 403 U.S. 388 (1971). The court has jurisdiction over this action pursuant to 28 U.S.C. § 1391(c).

## Statement of Facts

On September 30, 2023 CIA Officer Dick Diddler and his asshole tickling team, The Asshole Ticklers, tasked a top secret CIA hacking team known as "Scrote Squad 6" (Scrotum Squad 6) with "pickling" the Plaintiff. "Pickling" refers to the sexual act of one running up to another and revealing one's penis to the other person. The Plaintiff alleges that the Dick Diddler and The Asshole Ticklers violated his civil rights by pickling him.

## Plea for Relief

The Plaintiff is asking the court to order the United States to stop pickling him and award him punitive damages.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Address: 693 State Road 78, Mount Horeb, WI 53572
Email: shervenm@protonmail.com
Phone: 608-577-7524

Signed: 9/30/2023

Matthew Sherven